# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Clear Form

Our Children's Earth Foundation

Plaintiff(s),

v.

Standard Iron and Metals Company and Jason Allen

Defendant(s).
_____/

CASE NO. C 06-00168 MJ

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ✔ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ✔ other requested deadline  See Attachment

Dated: 3/21/2006                                    /s/ Jodene Isaacs
                                                    Attorney for Plaintiff

Dated: 3/21/2006                                    /s/ Donald Sobelman
                                                    Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[~~PROPOSED~~] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ✔ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☐ 90 days from the date of this order.
- ✔ other   See Attactment

IT IS SO ORDERED.

Dated: March 28, 2006

*/s/ Martin J. Jenkins*

UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT

STIPULATION AND ORDER SELECTING ADR PROCESS
CASE NO. C 06-00168 MJ
OUR CHILDREN'S EARTH FOUNDATION vs. STANDARD IRON AND METALS
COMPANY, JASON ALLEN

The parties are currently engaged in an informal settlement process, the results of which will be known to the parties and the Court by the time of the initial case management conference on April 11, 2006. Depending on the results of this informal process, it is possible either that no mediation will be required (because the parties will have reached a settlement) or that a settlement conference would be appreciably more likely to meet the needs of the parties (e.g., because the parties are very close to a settlement, but have a few remaining fundamental differences). For these reasons, the parties request that the Court refrain from issuing an order referring the case to mediation until the April 11 conference.